**Provided to Walton CI**
**On 10-13-23 for Mailing**
Date
**By (officer initials) PAP**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FL
OCALA'S DIVISION

1 pg OF 25

Leonardo Simpkins JR DC#U3609
Petitioner/Plaintiff

V.

CASE NO. 5:23-IN-630 SPCPRL
Pending 5:23-CV-147-WFJ-PRL

See Pages Attached

Defendants

## ABSTENTION

FILED - USDC - FLMD - OCA
OCT 20 2023 AM11:42

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
( Prisoner Complaint )

---

### NOTICE

Federal Rules OF Civil Procedure(s) 5.2 addresses the Privacy and Security Concerns resulting from Public access to electronic Court Files. Under this rule, Papers filed with the court Should not contain: an individual's Full Social Security number or Full birth date; the Full name OF a Person Known to be a minor; or a complete Financial account number. As filing may include only: the Last Four digits OF a Social Security # number; the Year OF an individual's birth; a minor's Initials; and the Last Four digits or a Financial account number.

Except as noted in this Form, Plaintiff need not send exhibits, Affidavit, grievance or witness Statements, or any other material to the Clerk's Office with this complaint

In order For Your complaint to be filed, it must be accompanied by the Filing Fee or an application to Proceed in Forma Pauperis.

---

Note.
        Plaintiff is a Anticipated Former Gator's/NFL Player's Brother in "Imminent Danger" within the D.O.C. by negilent officials and inmate gang members threats

I. The Parties to this complaint                                    Pg 2. of 25

   A. The Plaintiff(s)

   Name : Leonardo Simpkins

   Other names: Leo, man, Homeboy, Hommie, Simpkins, Mission, Fat ass

   ID Number : 436009

   current Institution : walton CI , Address. 691 Institution Road

                             Defuniak springs FL , 32433-1831


   B. The Defendant(s)

   Name : Wissinger (John Doe)

   Job or Title : Ocala's Police Department

   Shield Number :

   Employer   : 12 yr Coroperal Officer

   Address :

          ☒ Individual capacity ☒ Official capacity


   Defendant No. 2

   Name : (John Doe)

   Job or Title : Ocala's Police Department

   Shield Number :

   Employer : Evidence Property Officer

   Address :

          ☒ Individual Capacity ☒ Official Capacity


   Defendant No. 3

   Name : (Jhon Doe)

   Job or Title : Ocala's Police Department

   Shield Number :

   Employer : Evidence Property officer's Supervisor

   Address :

          ☒ Individual capacity  ☒ Official capacity

Pg.3 OF 25

Defendant No. 4

Name & M̶catherian / Mcatherian (John Doe)

Job or Title & ~~Defendant~~ Judge Mccatherian

Shield Number &

Employer & Judge

Address &

☒ Individual Capacity  ☒ official Capacity

Defendant No. 5

Name & Edward Scott

Job or Title & Marion County 5th circuit court Judge

Shield Number &

Employer & Judge Scott

Address &

☒ Individual Capacity  ☒ official Capacity

Defendant No. 6

Name & Michael Johnson

Job or Title & State Appointed Attorney of Marion County

Shield Number &

Employer & ~~States~~ State Appointed Attorney / Lawyer

Address &

☒ Individual Capacity  ☒ official Capacity

II. Basis For Jurisdiction

A. ☒ Federal officials (a Bivens claim)

☒ State or local officials (a §1983 claim)

B. The Federal constitutional or statutory right/s I claim are being violated by state or local officials, are 4th, 5th, 6th, 7th, 8th, and 14th Amendments

PG.4 OF 25

C. Im Also is Sueing under Bivens For the violation oF certain constitutional rights. 4th, 5th, 6th, 7th, 8th, and 14th

D. Each defendant acted under color oF State or Federal Law. oF their intentions oF acknowledging infringment /tampered with evidence and still Signatured it For Processing using their official's Authority/Power Each defendant acted under color oF Federal law by Using the infringment/tampered with evidence For a unlawful conviction/ Sentence.

III. Prisoner Status
UNlawFully convicted Mentally/emotional disabled Former Gator/NFL Champion's brother.

IV. Statement oF Claim: See the Following Pages

## CLAIM ONE                                                    Pg. 5 OF 25

1983 Law Suit OF MARION COUNTY'S POLICE DEPARTMENT
Misuse Of Process Of a Robbery investigation where Trial
testimoney record demistrated that a 12 vr CoroPral Police
OFFicer infringed a emotionally disabled First time offender
PlaintiFF to a unlawFul conviction and a cruel and unusual
Punishment unlawFul 20 vr Sentence that deFamed Plaintiff's
benifactor former uF /NFL brother From a $1.5 million Potential
Contract

### STATEMENTS OF FACTS

OF July 27, 2007 OF the Morning hours OF MARION county's Ocala's FL
Boulevard, After arguing within a girl Friend's Car about, another Female Sirl Friend
I (PlaintFF) Mr. Leonardo SimPKins JR, was left out on a street off the Bouleuard
without (For gotten) cell Phone, with a Pair of black Pants, black T-shirts and a Pair
OF Size 11 ½ Nike Air black Jordans, To walk to my dad's (Passed down inherited)
house or (Plaintiff's) my Soon to be inherited or Passed down Co-owned buisness of
my Farther's owned ReStuwant, Home Bovz Bar B-Q. OF the 3 to 6 mile walk I walked to-
wards the nearest Gas-Station to use a Pay Phone From a 20 dollar bill in my Pocket
to call my dad For work, but of the walk, I was Approached by a Fimilar black tinted
Window baby blue buick with greetings From a Fimilar black male customer, Nick Named
Lorenzo, who stepped out of the baby blue buick with open hands and arms For
a hug and a hand Shack, while wearing a Pair of black heled gloves and all black
clothing, requesting my second black T-shirt after Questioning for a ride to my dad's
reStuwant / Bar B-Q BuiSness and a converSation of the SuSPicious or SuSPision From
Feeling and Seeing the black Pair OF neked gloves, OF conversation. I PlainNFF Nervously
declined a ride and gave Lorenzo my extra black T-Shirt off my Person after Lorenzo
Stated "he was going to Rob the PiZZia hut on the Boulevard that morning," Shortly after
words Plaint. FF heard or I heard Police Siercans and a heli-copter that made me
Panic and Franfic of a little guilt to throw my other black Shirt OFF MY PerSon
and hide in Some high weed's & Grass between trees and 2 abandon houses, Face down
in the tall grass, Where I (Plaintiff) was then / man APProached by a Police unit and biten
by a K-9 dog on the back area before hand curred and escorted to a Police Ve-
hicle, OF the unnecessary dog bite, I emotionally / Stubbornly lost my motive to

talk. So I Pleaded the 5th throughout all/court Proceeding to the Principle to
Armed Robbery Charge.

However, Marion County's or Ocalas Police department, officer wissinger indiv-
idual capacity, of his intentional misconduct disagreed with Plaintiff's Plead-
ing the 5th Amendment demiS\Strating of his trial testimoney ilegal Search and
Seizure, tampering with Plaintiff's black Nike Air Jordan Size 11½ one Shoe
and broke it's chain of Custody.

Testifying? " that he Seen Shoe Prints on the floor of the PiZZia hut crime Scene
but went to the Police Vehicle Plaintiff was in and (without a warrant) took
Plaintiff's black nike Air Jordan Shoe went back to the crime Scene and Placed
it down " (to see if it was a match) Than there after officer wissinger-as a 12yr
coroPral at the time testified." that he did not know who came he gave Plain-
tiff's Shoe to, but it happen to be with the Plaintiff when he got to the
Police interrigation building. See (Exhibit A officer wissiger trial testimoney)
where officer wissinger Also confiscated/re-took Plaintiff Shoe.

Of officer wissinger testimoney it demiStrates, clear consistent and unam-
biguous Statement of infringment, which would have not happen of officer
wissinger's official capacity, that he So grossly neglected, by not ack-
nowledging the bonded forensics of the Shoe Prints he Seen or Secured, be/
before he tampered with Plaintiff's Shoe, and/Also did not inform the Police
Station officers to legally Seize or confiscate Plaintiff black Nike Air Jordan
Shoe after Plaintiff went through due Process of Law for a Court's order
warrant. As the Shoe Print Pictures of the black Nike Air Jordans Should
have not been admissible, at trial Proceedings.

CONCLUSION                    Pg.7 OF 25

Wherefore of Plaintiff having contact with material evidence away from the crime scene, that was found, After Shacking hand's with a noted black gloved suspect, that Plaintiff gave his extra black-T-Shirt to, than after words in Panicl threw his other black T-Shirt off his Person, feeling guilty, without a cellar phone, until a unnecessary K-9 dog bite silenced his emotionally disabled motive to co-operate. while sitting in the interrogation room chair leeking blood/DNA. with Plaintiff's shoe off his feet, beside his feet. where officer wissinger came to re-illegally seize/confiscate Plaintiff shoe(s) he already Placed down at the crime scene. Violating Plaintiff 4th 5th 6th 7th 8th and 14th constitutional Amendment rights that Proceeded a unlawful conviction to a unlawful 20 yr cruel & unusual Punishment sentence.

## CLAIM TWO

1983 Law Suit OF MARION COUNTY'S POLICE DEPARTMENT'S Misuse OF Evidence information Processing where a ocala's Police officer / Official Gross negligence & intentional misconduct assisted in Processing ilegally Seached & Seized tampered Shoe to ocala's 5th Circuit Court For a First time offender's unlawful conviction and a Cruel & unusual unlawful 20 yr Sentence that got Plaintiff's Former LE/NFL Champion brother defamed From a potential $1.5 million contract

## STATEMENTS OF FACTS

OF the PerPentrating officer wissinger's Police report about Plaintiff's black Nike Air Jordan's Shoe that was ilegally Seized July 27, 2007 See (Exhibit B. Officer wissinger Police report ) it was turned into the ocala's Police's or Sheriff's Department evidence room For Further examination and evalation to Process to the 5th Circuit court For Evidentiary hearings But as the evidence OF the tampered Shoe was turned iN it was to a ProPerty evidence OFFicer or official name John Doe , who insPects evidence For it legality , However as Plaintiff SAll was unlawFully convicted by infringment at the crime Scene by officer wissinger unProfessional intention the evidence is recongnized / recognized as tampered / ilegal tainted evidence , That the John Doe ProPerty evidence OFFicial , neglected and had to Signature to Process to the Judirial Proceedings.

## CONCLUSION

WHEREFORE Plaintiff request official's Name and information On his Personal or her Personal Position of the APProximate date the evidence was turned into this OFFicial OFFice with documentation OF the John Doe OFFicials insPection rePort.

## CLAIM THREE

1983 Law Suit OF MARION COUNTY POLICE DEPARTMENT
MiSuse OF Robbery Evidence information Processing
Where a evidence Supervisor inspector / official.
Gross Neglected and officially Confirmed under oath
infringed / tampered evidence to Proceed to the 5th
Circuit court OF Marion County. to unlawfully Convict
Plaintiff to a cruel & unusual Punishment unlawful
Sentence.

## STATEMENTS OF FACTS

OF the Perpentrating, officer wissinger's Police report about
Plaintiff's black Nike Air Jordan's Shoe, that was ilegally Seized July
27, 2007. See( Exhibit B Officer wissinger Police report ) it was
turned into to ocala's Police or Sheriffes Department evidence room
For Further examination and eualation to Process to the 5th circuit
court For evidentiary hearings. but, as the evidence OF the tampered
Shoe was turned in It was to a Property / evidence Officer who is
Over Viewed / reviewed by a Supervisor / inspector review after his
or her employee / officer's Signature, confirming the legitimancy /
legality or officer wissinger's Police report and the tampered Shoe.
he or She Signed and Confirmed also that the tainted Shoe was
legal For Processing to he 5th circuit court OF Marion county.

## CONCLUSION

WHEREFORE Plaintiff Request officials / supervisor's
name and the information OF he Nike Air Jordan's Shoes that the Super-
visor Signaturized and confirmed. For Further Processing and to Stay
at the Police Department evidence room. that assisted to a unlawful
Conviction / Sentence.

## CLAIM FOUR

1983 Law Suit OF MARION COUNTY'S 5th CIRCUIT Wrongful
Judicial Processing OF Robbery Evidence Information as a
State Prosecutor Grossly Neglected infringement evidence to
design or Manufactur error to Unlawfully convict a emotion-
ally disabled First time offender Plaintiff to a cruel & un-
usual 20 Yr Unlawful Sentence that got Plaintiff Former
UF / NFL Champion benifactor brother defamed from a
Potential $1.5 million Contract

### STATEMENTS OF FACTS

Of the ilegal Searched & Seized, tampered one black Nike Air
Jordan Shoe(s) that was broken of its Chain Of Custody and commenced
I reported by Officer Wissinger, to be misused Of Processing by the Ocala
Police Department evidence Property Officials who Confirmed or Signat-
urized under Oath the infringment evidence to be Processed to the 5th
Circuit Court OF Marion county. The trial's court State Prosecutor Mr.
Mc'catherian (                ) ignored / Gross neglected the errors of Plaint-
iff's ilegally Searched & Seized One Nike Air Jordan Shoe to conduct
depositions. After reviewing Officer Wissinger's Police report See
( Exhibit B OF Officer Wissinger Police report )
However as the State Posecutor Mr. M'catherian deposed of Officer Wiss-
inger unprofessional testimoney demiStration Of infringment See ( Exhibit C
Of Officer Wissinger's depositions) The State Prosecutor ignored Plaintiff's
rights to a Fair trial. Proceeding after the admissability Of the trials
tainted / infringment evidence with the trial's Judge and the State
Appointed trial counsel see ( Exhibit A of Officer Wissinger trial testi-
money ) OF the trial court / Judge ignoring the chain OF custody being
broken, the State Prosecutor was allowed to design or Manufacture the
error with Authentication See ( Exhibit A Of officer wissinger trial
testimoney ) that Persuaded the confused / Vuged Jury For a unlawful
Verdict / Conviction.

Pg 11. OF 25

Moreover OF the unProfessional Prejudicing Prosecutor Mr. M^cCatherian at the Sentencing Proceeding The State Prosecutor Stated. "he thought we couldn't do it without Plaintiff Co-defendant Mr. Arealis M^cFadden." who worked at the Pizzia hut and was dropped OF all Charges, To testify against Plaintiff For the 40 Yrs Sentence the State Prosecutor M^cCatherian Suggested For the First time OFFender. no given Plea deal. emotionally disabled Plaintiff Sentence. After Stating "he read or reviewed the 10 Yr Probation Plan Letters From Plaintiff Florida Gator's Family and Friends with Plaintiff's letters" requesting lientcy acknowledging the court about the Constructive Positive things Plaintiff did and wanted to do. And acknowledging the Court's OF his Younger UF brother Mr. Lerentee M^cCray was accepted to the FL Gator's For Football Scholorship See (Exhibit    OF Sentencing Proceedings)

OF Plaintiff ineffective OF trial counsel Filing a motion For and modify Plaintiff's ilegal Sentence APPX Jan 2010. that was warranted by Law. For a 10 Yr minimum Mandatory of a hearing APPX March 2010. As Plaintiff is emotionally disabled. Plaintiff and his FL Gator Football Family assistant nurse MS. Sybil M^cCray. Veteran Military uncle Mr. Tracey Glover and Plaintiff's Former Gator's Younger brother Step up to Speak For Plaintiff OF remorse trying to help their love one recieve a lesser Sentencing giving the court optional views From their resources / ProFession as Plaintiff's military uncle was, a recruitor and a veteran From the Army, the Family got their resources, co-workers and team mates to gather other Sources or work For Plaintiff Future. But OF the unProfessional overlooking the Law. For the emotionally handicap Plaintiff, Since Youth the State Posecutor. Mr. M^cCatherian Showed no ProFessional intrest or consideration in the Claim. Instead, the State Prosecutor Proceeded to oppresse the Plaintiff and his Military. FL Gator Family with arguing that he got the unlawful Conviction /Sentence. As Plaintiff was infringed at the Crime Scene and the State Prosecutor M^cCatherian assisted it with ManuFacturing error.

After the motion to mitigate & modify hearing denial APPX March or April 2010. The emotionally disabled Plaintiff was able to get a law clerk to file Plaintiff's first post-conviction motion for relief for $ 50, filed Sept. 22, 2010, expressing two claims of ineffective of trial counsel 1st of Youth offender, Abuse of de Scretion denied, than 2nd claim, acknowledging the trial court of the Probability of infringement as the Probability of evidence Tampering that got Plaintiff unlawfully convicted / Sentence. Of denial the trial Court and State Prosecutor denied claim 2 as "Speculation" without attachment of the trial transcript(s) Record, to refute Plaintiff's suppression of Probability of evidence tampering See (Exhibit OF Plaintiff's Sept 22, 2010 Post-Conviction motion for relief and trial court denials)

## CONCLUSION

WHEREFORE the State Prosecutor Mc Cathern Gross neglected the tampered / infringment evidence from officer wissinger's Police report depositions Evidentiary hearing For trial to design or Manufacture it's error. oppressing Plaintiff's Military FL Gator's Family with arguing for a 40 Year(s) Sentence, as the un-Presented Plea deal, Plaintiff Stayed with the 20 year offered unlawful Sentence. and now is Still vindictive from Plaintiff having a emotionally disability Since Youth. As the State Prosector continued to oppresse with denials of Plaintiff's 1st Post-Conviction motion for relief of claim 2 as Speculation, without Showing evidence of or for re-Fution. Quoeting at the Sentencing Proceedings, "he thought we couldn't do it without Plaintiff's Co-defendant." Violating Plaintiff's 4th, 5th, 6th 7th 8th and 14th Constitutional Amendment As the tainted Shoe Print evidence Should have been motion to be throw-out from case(s).

## CLAIM FIVE

1983 Law Suit OF MARION COUNTY'S 5th CIRCUIT Court's Wrongful Judicial Processing Robbery evidence information as a Judge Gross Neglected infringment evidence to Abuse his descretion to unlawfully Sentence the emotionally disabled first time offender Plaintiff to a cruel & unusual 20 yr Sentence that defamed Plaintiff former UF/NFL benifactor brother from a $1.5 million Potential contract

## STATEMENTS OF FACTS

Of Judge Edward Scott who Gross neglected ilegally Searched and Seized tampered, broken chain OF Custody black Nike Air Jordan Shoe Print evidence. To Wrongfully Judicial Process through the 5th Circuit Court OF Marion County FL after examination or evaulation/inspection Of a evidentiary hearing to Prevent the wrongful Judicial Processings OR Proceedings OF tainted/infringment evidence. Placed down at the crime Scene. The Judge Edward. Scott acknowledged the trial court at trial that he was going to have to dismiss Plaintiff's accussed Principle to Armed Robbery case. If the State Prosecutor could not Prove the chain OF custody OF Officer Wissinger demistrated trial testimoney but there after allowed the State Pro Secutor Mr. M'cutherian to design or manufacture the broken chain OF Custody One black Nike Air Jordan Shoe, with Authentication See(Exhibit A Officer Wissinger trial testimoney/State Pro Secutors argument for Shoe admission) For a un-lawful verdict/conviction to there after abuse his descretion OF Sentencing Plaintiff to a unlawful 20 yr Sentence. Reasoning OF Sentencing Proceedings. Stating "Plaintiff hurt alot OF People including himself." After no evidence OF the injuries. Denying Plaintiff OF Youth offender. With Plaintiff's lientcy letters, acknowledgins the Judge OF Plaintiff's FL Gator football Brother and Plaintiff's veteran military uncle Speech of Plaintiff's charecter. See(Exhibit  OF Sentencing Proceedings)

Subsequently, of a mitigation and modification Sentencing motion, recieving a hearing Appx March 2010, For a 10yr minium minimum manditory claim warranted by law as Plaintiff(s) had a mental disability since Youth, Judge Edward, Scott heard more Love and concerns to help Plaintiff From Plaintiff's Gator Family and Friends remorse/mercy remorseful Letters, from Plaintiffs mother a **Nurse** assistance Ms. Sybil McCray, her brother, uncle Tracey Glover, Military veteran, who tried to recruit Plaintiff to the Army. After Sentencing Proceedings and/also Plaintiff Speaking giving remorse to the Victim and Plaintiff's Anticipated former NFL brother FL Gator Mr. Lerentee McCray who tried to get Plaintiff work from resources, but a Judge Edward, Scott Grossly neglected the infringment/tampered evidence he ignored, Plaintiff's Successful family Verbal Pleadings to help For the mitigation and modification OF Plaintiff's unlawful Sentence And of Plaintiff being mentally/emotionally disabled, concidering no Psychologest or Psychiatrist Doctor. only oppressing the Gator Family more of coming back to the trial court For a denial.

OF Sept. 22. 2010 Plaintiff Filed a 1st 3.850 Post-Conviction motion for relief. that had 2 claims 1st OF ineffective OF Counsel about the trial court/Judge reason For not granting Plaintiff's Youth offender. As the Judge Abused his discretion. Plaintiff motion was denied and Second claim was about ineffective OF assistance Counsel Failing to Suppress the Probability of tampered Shoe Print evidence, Denied as Speculation without attachment of the trial record, December 22.2010 See( Exhibit OF trial court's Denials and Plaintiff's **1**st Post-Conviction motion claims (relief )

<u>CONCLUSION</u>                                     PG.15 OF 25

WHEREFORE Judge Edward Scott Cross Neglected the infringment evidence through Officer Wissinger, Police report, deposit-ions, and evidentiary hearing to later at trial allow the State Pro-Secutor to Manufacture the broken Chain OF Custody OF Plaintiff's one black Nike Air Jordan, to hear Sorrow/remorse From Plaintiff's Grator Family and Friend Letters with a request for Youth offender to than abuse his descretion OF Sentencing Plaintiff to a 20 yr unlaw-Ful Sentence. That Judge Scott acknowledge the Court OF dismissal for at trial Violating Plaintiff 4th, 5th, 6th, 7th, 8th and 14th Const-utional Amendments. As the tainted Shoe Print evidence, Should have been retrieved/Confiscated From a court's Judge warrant or issued warrant or thrown Out From Officer Wissinger violating the Police departments Due Process OF Law/rules.

CLAIM SIX                                                    Pg. 16 OF 25

1983 Law Suit OF MARION COUNTY'S 5th CIRCUIT COURT
Wrongful Judicial Processing Robbery evidence information
As a State Appointed Attorney Misrepresentation of infring-
ment evidence got the emotionally disabled First time offender
Plaintiff unlawfully convicted to a cruel and unusual Punishment
Unlawful 20 yr sentence. that defamed Plaintiff former UF/NFL
Champion benifactor brother of a potential $1.3 million contract

## STATEMENTS OF FACTS

OF Plaintiff's State Appointed Attorney Mr. Michael Johnson Who Mis-
represented Plaintiff On two case Proceedings. 1st OF this 1983 complaint claims
OF Gross negligence OF infringment by Officer Wissinger. OF Reporting Plaintiff
being a Principle to Arm Robbery and 2nd charges OF Attempted Homicid or
murder, that dropped to a Flea E Alluding with 2 accounts OF gun possessions
that Plaintiff recieved 9 yr For Pleaing guilty For mercy From the court. ran
concurrent by Judge Edward Scott After the Armed Robbery unlawful conviction
to a 20 yr Sentence. The State Appointed Gross negligence conflict OF intrest
Attorney was informed before trial by Plaintiff's Florida Gator's Family that Plain-
tiff is a emotionally disabled Since Youth and From Plaintiff that his Former NFL
brother was accepted to the FL Gator For Football. Also was informed to acknow-
ledge Plaintiff's Gator Family OF Plaintiff's case status.
Therefore OF the above Facts Plaintiff and the State Appointed Attorney Mr.
Michael Johnson had counseltation visits. that allowed Plaintiff to explain his case
or Situation to the inerfective Prejudicing Attorney. about Plaintiff's Side of the
Story See ( claim one 1st Page of Plaintiff's Story ) and that Plaintiff's Co-defendant
Arealis McFadden, Who Plaintiff knew as a customer From Plaintiff Dad's Bar-B-Q
Buisness /Resturant, was confessing in the Same cell Plaintiff was in as a lanky
Stating, " he was not going to lie against Plaintiff on the trials Stand and that the
Officers told him to blame the Pizzia hut Robbery on Plaintiff

Acknowledged OF Plaintiff's Fimilar cell mate. the State Appoint-
ed Attorney Mr. Michael Johnson cut Plaintiff OFF. Stating," do not tell no body and
why did Plaintiff come back to the County Jail.

As Plaintiff Felt violated, he stated. I wouldn't be in the County Jail iF the
Police Officers would have did their Job. OF not tampering or Placing my
Shoe down at the Crime Scene. That made Plaintiff emotionally distress.

As Plaintiff went out to a night club to try to get his mind OFF OF the on
Coming burden / Unlawful conviction, by drinking and Pop exatcy / extacy Pills
and dancing with the Ladys. Plaintiff was Jumped and battered by multiple
males / dudes. That in rage Plaintiff more than the usual because OF the em-
otional distress, and or OF Feeling like life was already over From his rights
being violated. giving Plaintiff an extra rush to then do a drive by shooting
on the Assaultants / battering dudes.

OF Fleeing and alluding after a traffic stop. the same night as Plaintiff thought
he would not recieve on / a second bond. Plaintiff was arrested and charged
later to Attempted OF Homicid / murder, that was dropped and stayed as a
Fleeing & Alluding with 2 gun Possesions and Paraphenia.

However OF another counselltation a month or 2 before trial Plaintiff's ineffective
OF trial Cansel Mr. Michael Johnson immediatly when Plaintiff sat down asked
Plaintiff do your brother Play For the NFL or the NCAA and Plaintiff said
Curiously the Florida Gator's. There After State Appointed Mr. Michael John-
son showed Plaintiff Pictures oF the tampered Shoe Print evidence Stating the
Shoe are the only thing that Prevents Plaintiff from being Exonerated and
than asked Plaintiff iF he wanted him to exlude the Shoe Print evidence
Or Suppress it and than Plaintiff selectively guessed exclud. and then
Attorney Mr. Johnson State Suppress (them) as Plaintiff said ok and
agreed.

OF Still Proceeding to trial with the tampered Shoe Print evidence / infringment evidence Used against Plaintiff tried to testify but Was not allowed or informed by the ineffective assistant OF State Appointed Attorney not to, who only objected to the chain OF custody being broken about the infringed / tampered shoe evidence. As the State Prosecutor mr. M'catherian was stilled allowed to get the evidence to be admissible by designing on manufacturing the broken chain OF custody error For Plaintiff's unlawful conviction. See( Exhibit A OF officer wissinzer's testimoney / State Prosecutor M'catherian Arguins addmissiability OF Nike Air Jordan Shoe)

OF Proceeding to the Sentnein Proceedings, Mr. Micheal Johnson was ineffective OF Presenting a Youth offender claim allowing the Judge to abuse his destretion declinins the Youth offender claim as Plaintiff hurt alot of People including himself, with no Pictures/evidence. That the Attorney Mr. Jhonson should have objected to. OF a motion to mitigate ( modify Plaintiff's unlawful Sentence, that was warranted by law, because of Plaintiff's emotionaily handicap disability. Recieve nothing more than 10 Yr minimum manditory OF the unlawful 20 Yr Sentence. The Gross nelizent ineffective State Appointed Assistant OF trial counsel Confirm to Plaintiff Family / FL Gator Family that it was OK to speak up For Plaintiff about optional careeer / careers Jobs and military recruiting Plaintiff, but after Former Gator Family gave their speeches the Prejudicing State Appointed Attorney gave no Law arguing the by law disability claim, oppressing Plaintiff brother maybe could or will go to the NFL and get Plaintiff a effective Lawyer.

OF Sept 22, 2010 Plaintiff Filed a 1st Post-Conviction motion For relief. Presenting 2 Claims OF ineffective assistance OF counsel one Stating about State Appointed Attomey Mr. Michael Johnson Failing to object to the trial Judge abuse OF descretion OF the reason not Granting Vouth offender. Denied. Second Plaintiff Presented evidence OF the Probability OF evidence Tampering, as the ineffective assistance OF counsel. Did not do what he acknowledge Plaintiff he was Suppose to do. As Plaintiff agreed. See (

CONCLUSION                                         Pg. 19 OF 25

WHEREFORE State Appointed Mr. Michael Johnson viewed
all evidence and witnesses for Plaintiff's a fair trial or relief and
still ignored the infringment evidence that Mr. Johnson was suppose
to suppress from or away from the case, that unlawfully convicted
the no plea offered / offered Plaintiff to 16 or 17 years of a unlawful
20 yr sentence. Seeing Plaintiff successful gator family emotions
trying to help Plaintiff who's a emotionally disabled first time offender
for a lesser sentence. Playing with Plaintiff's emotions after hearing
Plaintiff express his feelings with facts / merits of his innocense getting
Plaintiff to Plea out to the mercy of the court. With the unlawful
conviction ran concurrent of sentencing. The State Appointed Attorney
Mr. Michael Johnson misrepresentation violated Plaintiff's 4th, 5th, 6th, 7th,
8th and 14th constitutional Amendment rights knowing officer
wissinger violated the Police departments due process of law.

## V AND VI
## COMPENSATORY DAMAGES

Of the Shown below 16 to 17 Year(s) actual damages desposi-
tion For money request. Plaintiff is a emotionally / mentally disabled ben-
Ifiting incom reciever Since Youth who is a buisness minded, co-owner
of his dad's Mr. Leonardo Simpkins SR buisness name, called Home boyz
B-Q that would have eventually been Past to Plaintiff to Profect the bis-
ness name but as Plaintiff was unlawfully Convicted and Sentence to a 20yr
Sentence by their home town's ocala FL. Police Department infringment
evidence and Processing it to the 5th circuit Court For unlawful conviction
/verdict the Same/Shame of the Father/Parent degraded intrest ambit-
ion and motivation to keep the two buildings / resturants manaed and
running, However the time was ripe to Pomote and expend the buisness
name in 2008 - 2021 to a mutil million dollar buisness/resturant to 2023
As Plaintiff Former Gator's Sec 3 to 4 Bowel Champion and NFL 2 Super-
Bowel 1 Championship brother career Mr. Lerentee Mccray Played with
influential impacting entertaining team mates, Tim Tebow, Brandon Spike
Percy Harvey, room mate Jeff Dempsy, Payton manning, Von miller
and more. As Also Plaintiff's Former NFL brother was Falsily accussed of
criminal charges at Hamilton CI visiting Plaintiff(s) while Plaintiff and
Mr. Mccray was awaiting Plaintiff's brother (Mccray(s)) to be accepted or
resigned to Jacksonville Jaguars For a Potahial $ 1.5 million contract
As the defaming False altesation / criminal charges issued a warrent Appx
Mother's day of may 10. 2023 Plaintiff Mr. Leonardo Simpkins who's still
unlawfully imprisoned is still at risk or excessive risk by the neurosis
Lame minded, and mischevious wantonly hateful Jealious officials and
inmates / gang members of the FL Department of correction who are
influenced by Present officials and Past officials cruel and unusual Pun-
ishment and conspired a Attempted murder / Homicid on Plaintiff
Sec Case No 1, 3:14-CV-459-MMW-PDB (M.D. FLa) (Failure to
State a claim) 2, 3:17-CV-7-MMH-JK (M.D. FLa) (Failure to State
a claim); and 3, 3:17-CV-148-MMH-PDB (M.D. FLa.) (Frivolous)

V and VI
## COMPENSATORY DAMAGES REWARD REQUEST

1st Request    The emotionally distress Pro Se Litigator wants a "Emergancy Release / Speedy release" from FL D.O.C. cruel & unusual Punishment OF excessive Risk / imminet danger. As Plaintiff already Filed 2 other Abstention 1983 complaints for Justice 8/25/23 and Oct 1, 2023, converting tampered Shoe Print evidence into infringment. OF Pending case # S:23-CV-197-WFJ-PRL

2nd Request   the exhausted emotionally disabled or mentally disabled Plaintiff request his back Pay OF disability benifits incom of APPx. "$200,000" and the inhancement OF Long term benifits incom as Plaintiff is now diagnosed with anxiety / depression and more / others recieving medication of Bus Par Bus Pirone, HCL, Secto Line HCL, that has Side effects. Stating, "use care when operating a vehicle vessel or other machines" So Plaintiff may need alternative, money or equipment, to use other People for transportation, a Smart Phone / home, Smart devices / equipment machines For him selF or Potential child support For Children.

2rd Request   the emotionally distressed / disabled Pro se Litigant buisness minded Plaintiff. request a estimated 16 to 17 Yr Profit From Plaintiff's restruant buisness name of either "$46 to $80 million" See Plan equation For buisness = OF 8 or 4 Low costing XXL LiPS or U-haul Artistic Painted designed / Decerated Food trucks attracking 32.5 to 65 customers or more Per day OF the highest Valued Food Products costing $15.00 to $20.00 with 3 to 4 Peers Voting certiFied reciPies or Family recipies the truck can sale. OF Bar B-Q Ribs. or Chicken or combinational Products for meals. Advertised or SPonsored by Plaintiff's Former Gator(s) Champion 2008-2013 NFL Champion 2013-2018 brother or team mates, who would have assisted in accumulating or Attracking a massive or Large amounts of customers and Fens For a Free Food Grand oPening or a Basketball teamment For teenagers to staft uP Home boyZ Bar B-Q with in a 5,000 to 10,000 radius OF home owners / PeoPle, out Side OF city Limits oF a uncompetive

road or location , with a high tech equiped Food truck. As customer
Can look at or inside the Food truck at steam table to see Food
Prepared From their cell Phones.

4th request  OF the business minded well Conducted emotional handi
Cap Since Youth. exhausted emotionally distressed Plaintiff, who Still a
victim within the Florida Department OF Corrections to Cruel & unusual
Punishment and Attempted Homicid or murder, by lame minded Hateful
Jealous officials and Neurosis, mischevious Hateful Jealous inmate(Jng
members who silently envied Plaintiff's former Gators (Anticipated by D.o.c)
NFL brother Profile / Favor OF Staff relationships, OF Sex, Phone, Drugs,
money cases, OF Plaintiff's whole 14 yrs to 16 yrs within FL's D.o.c.
Defending himself until out numbered to declare or request Protection
with Fracturing right hand, broken nuckles / Finger recieving Facial Scares
mercy, Assaults / with Deadly weapon, Poisen / Contaminated meals eat-
en, Hearing verbal abuse / threats from influencing criminal acts From instit-
utional radios and intercomshe as officials know Plaintiff has or had a
Jo yr Sentence, writing Plaintiff's/ Falsified Discipline reports, while other
DR Court official take gain time From Plaintiff 85% and to cover up U.o.F
Pepper Sprays, with crowds of Lame minded officials gross negligence of
their duty to Protect the Former NFL brother Profiled Plaintiff who also
witness tears OF Sorrow From other officials and former NFL brother being
Falsily accused to criminal charges at a brother's visitation OF Plaintiffs
Birthday visit. Filed charges OF mother day may 10, 2022 Plaintiff request
"$ 100 million dollars For Pain and Suffering" As Plaintiff lost his Smell
Also.

5th request   Plaintiff request, all Full names OF the defendants in this 1983 complaint claims/case.

6th request   Plaintiff request Officer wissinger Police report, Officer wissinger depositions, and officer wissinger trial testimoney transcripts

7th request   Plaintiff request all Officials who signacturized the shoe print evidence.

8th request   Plaintiff request all records of Plaintiff being in prison medical, mental health, the money Plaintiff family or Plaintiff spent since he been incarcerated/captive, Potective Management records, grievances

9th request   Plaintiff request civil restitution lien motions Filed of 2022 Oct and Nov.

10th request   After all document/records is Present/issued Plaintiff request to be able to do a Amend

11th request   Plaintiff request that this 1983 claim be concider as an exception/acception to imminet danger. As Plaintiff have to file this claim in hand writting recieving No help From Law clerks while Plaintiff on Protective management, and No 6th month Print out For a indigent Form Filing, was given of Plaintiff none responded respondance/grievance

12th request   Plaintiff request a copy of this 25 page 1983 complaint and a case # to know if he's not Obstructed from Justice.

VII. Exhaustion of Administrative Remedies Administrative Procedures

A. ☒ Yes the Claims Continued / Proceeded to Prisons

B. ☒ Yes Plaintiff Filed grievances on the injuries

C. ☒ Yes the grievance Procedur cover Some of my injuries

D. ☒ Yes(es) Plaintiff Filed grievance acknowledge officials he was unlawfully Convicted.

E. 1. Filed grievances in various of Prison

2. Gross negligence was most of the Claims

3. They was all denied.

4. Plaintiff Exhausted Administrative Remedies Administrative Procedures

F. 1. If I didn't File a grievance it's because I transferred

2. I informed Prison's wardens.

G. Also I'm a mentally disabled Litigant

VIII. Previous Law suits  A / B.

A. 1. 3:14-CV-439-MMW-PDB (M.D.Fla)(Failure to State a Claim)

2. 3:17-CV-7-MMH-JK (M.D.Fla) (Failure to State a Claim)

3. 3:17-CV-148-MMH-PDB (M.D.Fla.) (Frivolous)

C/D. Plaintiff has Filed  August 25, 2023 and October 1, 2023 Abstention Law suits for case # 5:23-CV-147-WFJ-PRL Pending. For emergency / Speedy release because of cruel and unusual Punishment. That both Seems to been obstructed from this court.

IX. Certification and closing

under Federal Rule of Civil Procedure 11. by Signing below, I certify to the best of my Knowledge, information, and belief, that this 1983 complaint: (1) is not being presented for an improper purpose Such as to harrass, cause unnecessary delay or needlessly increase the cost of litigation; (2) is supported by existing/existing law (3). the Factual contentions have evidentiary support or if specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirement of rule 11.

A. For Parties without an Attorney

I agree to provide the Clerk's office with any changes to my address where case related papers may be served I understand that my failure to keep a current address on file with the Clerks office may result in the dismissal of my case.

Dated of 10/14/23

Signature of Plaintiff's    _____

Printed Name                Leonardo Simpkins

Prisoner ID #               DC#436009

Prison address              Walton CI 691 Institution Road, DeFuniak
                            Springs, FL 32433-1831

B. For Attorneys

Date of Signing: _____

Printed Name of Attorney : _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

e-mail address _____